| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GENE LEMAY BARRIS, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:24-CV-478 |
| | § |
| UNITED STATES OF AMERICA, | § |
| | § |
| Defendant. | § |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gene Lemay Barris, a prisoner previously confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant to the Federal Tort Claims Act against the United States of America.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On January 21, 2026, the magistrate judge recommended granting the government's Motion to Dismiss.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Plaintiff states that he is seeking criminal prosecution of the individual correctional officers who failed to protect him from an assault by three inmates. This

is not a form of relief available to Plaintiff. *Oliver v. Colllins*, 914 F.2d 56, 60 (5th Cir. 1990) (noting that a private individual does not have the constitutional right to have a person criminally prosecuted); *see also Green v. Revel*, 413 F. App'x 698, 700 (5th Cir. 2011) (holding that the plaintiff did not have a constitutional right to a criminal investigation of his claims or the prosecution of the alleged perpetrator of an assault). "It is not the province of the judiciary to dictate prosecutorial or investigative decisions to the executive branch." *Lefebure v. D' Aquilla*, 15 F.4th 650, 655 (5th Cir. 2021).

## ORDER

Accordingly, Plaintiff's objections (#26) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#25) is **ADOPTED**. The government's Motion to Dismiss (#20) is **GRANTED**. A final judgment will be entered in accordance with this Order.

SIGNED at Beaumont, Texas, this 18th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE